478 A.2d 128

LaFuria, et ux., Appellants, v. Clark, et ux.

Submitted March 26, 1984. John R. Wingerter, for appellant; William Morton, Assistant Public Defender, for appellees.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

478 A.2d 128

Mayercheck v. Mayercheck, Appellant.

Argued April 10, 1984. Gordon D. Fisher, for appellant; Joseph A. Mayercheck, appellee in propria persona.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Decree affirmed.